PROB 12C
(6/16)

Report Date:  June 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Michael Ferguson          Case Number: 0980 2:12CR00046-WFN-1

Address of Offender: ▆▆▆▆▆▆▆ Clarkston, Washington 99403

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 14, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 120 months<br>TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | December 4, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To issue a summons.

On December 7, 2020, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Ferguson as outlined in the judgment and sentence. Mr. Ferguson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Ferguson allegedly violated the above-stated condition on May 31, 2023. On this date, Mr. Ferguson was arrested by Clarkston Police Department (CPD) for harassment, threats to kill, pursuant to CPD incident report 23P03367.

According to CPD incident report 23P03367, a complainant contacted law enforcement regarding an incident that occurred while at work with Mr. Ferguson on or about May 1, 2023. It was reported the offender said; "he would like to take the complainant hunting, and he knows some 200-foot deep ravines where nobody would ever find her." Officers contacted Mr. Ferguson and asked him to report to CPD for an interview. Mr. Ferguson complied and admitted he made the statement as a joke and meant no harm in doing so. Based on his admission, Mr. Ferguson was arrested and charged with the aforementioned crime.

Prob12C
**Re: Ferguson, Michael**
**June 7, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/07/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

6/8/2023

Date